# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
SEP - 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR 18 0421

SI

MOSES OROZCO,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1001(a)(2) - False Statement or Representation Made to a Department or Agency of the United States

A true bill.

Linda Fox
Foreman

Filed in open court this 6th day of
Sept, 2018.

Stephen Ybarra
Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED SEP - 6 2018 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

18 U.S.C. § 1001(a)(2) - false statements

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum term of imprisonment of 5 years; maximum fine of $250,000; maximum term of supervised release of 3 years; restitution; $100 mandatory special assessment

## DEFENDANT - U.S

MOSES OROZCO

DISTRICT COURT NUMBER

CR 18 0421 SI

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Alex G. Tse

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jonathan Lee

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

ALEX G. TSE (CABN 152348)
United States Attorney

FILED
SEP - 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOSES OROZCO,<br>a/k/a Moises Isai Orozco,<br><br>Defendant. | No. CR 18 0421<br><br>VIOLATION:<br>18 U.S.C. § 1001(a)(2) – False Statement or Representation Made to a Department or Agency of the United States<br><br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1001(a)(2) – False Statement or Representation Made to a Department or Agency of the United States)

On or about March 28, 2018, in the Northern District of California, the defendant,

MOSES OROZCO, a/k/a Moises Isai Orozco,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by stating and representing to personnel of the FBI that individuals with the initials

B.A. and J.A. were making plans to conduct a mass shooting. The statements and representations were false because, as OROZCO then and there knew, the individuals with the initials B.A. and J.A. did not plan to conduct any shooting.

In violation of Title 18, United States Code, Section 1001.

COUNT TWO: (18 U.S.C. § 1001(a)(2) – False Statement or Representation Made to a Department or Agency of the United States)

On or about March 29, 2018, in the Northern District of California, the defendant,

MOSES OROZCO, a/k/a Moises Isai Orozco,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by stating and representing to personnel of the FBI that individuals with the initials B.A. and J.A. were making plans to conduct a mass shooting. The statements and representations were false because, as OROZCO then and there knew, the individuals with the initials B.A. and J.A. did not plan to conduct any shooting.

In violation of Title 18, United States Code, Section 1001.

COUNT THREE: (18 U.S.C. § 1001(a)(2) – False Statement or Representation Made to a Department or Agency of the United States)

On or about April 3, 2018, in the Northern District of California, the defendant,

MOSES OROZCO, a/k/a Moises Isai Orozco,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by stating and representing to personnel of the FBI that individuals with the initials B.A. and J.A. were making plans to conduct a mass shooting. The statements and representations were false because, as OROZCO then and there knew, the individuals with the initials B.A. and J.A. did not plan to conduct any shooting.

In violation of Title 18, United States Code, Section 1001.

DATED: 9-6-18

A TRUE BILL

[signature]

FOREPERSON

ALEX G. TSE
United States Attorney

[signature]

HALLIE HOFFMAN
Chief, General Crimes

(Approved as to form: [signature])
AUSA JONATHAN U. LEE